# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-1435

_____

Cathy Lynn Rodriguez

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: February 14, 2018
Filed: March 8, 2018
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Cathy Lynn Rodriguez appeals the order of the district court[1] affirming the Commissioner's denial of disability insurance benefits. For reversal, Rodriguez

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.

contends that the ALJ erred by failing to give controlling weight to her treating physician's evaluation. Following careful review of the parties' submissions and the record before us, we conclude that the ALJ properly considered and weighed the physician's opinion, that the ALJ's determinations are supported by substantial evidence on the record as a whole, and that Rodriguez's arguments do not require reversal.  See Andrews v. Colvin, 791 F.3d 923, 928 (8th Cir. 2015).  Accordingly, we affirm the district court's judgment.  See 8th Cir. R. 47B.

_____